UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHRISTOPHER DALE GLENN, also known as KAREN MARIE WILSON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | No. 1:21-CV-152-KAC-SKL |
| STEVE LAWSON, UNKNOWN NURSE PRACTITIONER, BRADLEY COUNTY JAIL, FAST ACCESS CORRECTIONAL HEALTHCARE, REBECCA LNU, CPT. JOHNSON, CHIEF OF OPERATIONS, CHIEF EXECUTIVE OFFICER, SGT. POOLE, and DEPUTY MADEWELL, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order, the Court **DISMISSED** Plaintiff's Complaint **with prejudice** under Federal Rule of Civil Procedure 41(b). Because the Court **CERTIFIED** that any appeal would not be taken in good faith, should Plaintiff file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge


ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
    CLERK OF COURT